UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Sandra McDaniel,
        Plaintiff(s),                                 20cv7345(GBD)
    -against-                                         CIVIL CASE MANAGEMENT
                                                          PLAN AND SCHEDULE

The Long Island Railroad Company,
        Defendant(s).
-----------------------------------------------------------------------X

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of civil Procedure.

1. ~~An Initial pretrial conference will be held on~~ **Wednesday, February 3, 2021 at** ~~9:30 a.m.~~ ~~at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.~~

2. No **Additional parties** may be joined **May 19, 2021**

3. No amendment to the pleadings will be permitted **May 19, 2021**.

4. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **June 23, 2021**. The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

5. **Dispositive motions** are to be served by **July 21, 2021.** Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

6. A final **pretrial conference** will be held **August 18, 2021 at 9:45 a.m.**

7. The **Joint Pretrial Order** shall be filed no later than **August 11, 2021.** The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

8. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

9. The parties shall be **ready for trial** within 48 hours, notice on or **September 15, 2021.** The estimated trial time is _____ days, and this is a (jury)(non-jury) trial.

10. **A Status Conference** will be held on **April 14, 2021 at 9:45 a.m.**

Dated: September 10, 2020
New York, New York

SO ORDERED:

JAN 2 6 2021

_George B. Daniels_
George B. Daniels
United States District Judge

_[signature]_
Attorney for Plaintiff(s)

_Kevin P McCaffrey_
Attorney for Defendant(s)

-2-