UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SANDRA MCDANIEL,

                           Plaintiffs,

       -against-

THE LONG ISLAND RAILROAD COMPANY,

                           Defendant.

------------------------------------------------------------x

ORDER

20 Civ. 7345 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The February 3, 2021 conference is canceled.

Dated: New York, New York
       January 26, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge