UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SANDRA MCDANIEL,

                           Plaintiffs,

     -against-

THE LONG ISLAND RAILROAD COMPANY,

                           Defendant.

ORDER

20 Civ. 7345 (GBD)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for April 14, 2021 is adjourned to June 9, 2021 at 9:45 a.m.

Dated: New York, New York
       April 1, 2021

SO ORDERED.

_/s/ George B. Daniels_
GEORGE B. DANIELS
United States District Judge