UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

------------------------------------x

SANDRA MCDANIEL,

                        Plaintiff,

    -against-

THE LONG ISLAND RAILROAD COMPANY,

                        Defendant.

------------------------------------x

ORDER

20 Civ. 7345 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 7 2021

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: New York, New York
       June 7, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge